UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Center for Biological Diversity

Plaintiff(s),

v.

United States Fish and Wildlife Service

Defendant(s).

Civil Case No. 1:17-cv-468

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Hannah M. M. Connor requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Connor (Last Name)   Hannah (First Name)   M.M. (MI)   (Suffix)

Firm or Business Affiliation: Center for Biological Diversity

Mailing Address: P.O. Box 2155

City: St. Petersburg   State: FL   Zip: 33731

Phone Number: (202) 681-1676   Fax Number: n/a

Business E-mail Address: hconnor@biologicaldiversity.org

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

    Commonwealth of Virginia, 10/17/2007, Bar No. 74785

    District of Columbia, 5/10/2013, Bar No. 1014143

    State of Florida, 10/5/2016, Bar No. 125378

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

    E.D. of Virginia (3/3/2008); 4th Cir. Ct. of Appeals (3/5/2008);

    9th Cir. Ct. of Appeals (12/10/2008); 11th Cir. Ct. of Appeals (9/27/2016);

    D.D.C. (3/5/2013); M.D. of Fla. (1/18/2017)

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Center for Biological Diversity

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21st day of March, 2017

_____
(Signature of Pro Hac Counsel)

Hannah Connor
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21st day of March, 2017

s/Stephanie M. Parent
(Signature of Local Counsel)

Name: Parent (Last Name)   Stephanie (First Name)   M (MI)   (Suffix)

Oregon State Bar Number: 925908

Firm or Business Affiliation: Center for Biological Diversity

Mailing Address: P.O. Box 11374

City: Portland   State: Or   Zip: 97211

Phone Number: (917) 717-6404   Business E-mail Address: sparent@biologicaldiversity.

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

U.S. District Court–Oregon
Revised March 28, 2016

Application for Special Admission - Pro Hac Vice
Page 3 of 3