AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon ▾

| | |
|---|---|
| Center for Biological Diversity<br><br>_____<br>*Plaintiff(s)*<br>v.<br>United States Fish and Wildlife Service<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:17-cv-468

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Fish and Wildlife Service
Department of the Interior
Main Interior
1849 C Street, N.W., Room 3331
Washington, D.C. 20240-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie M. Parent
Center for Biological Diversity
PO Box 11374
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, **Clerk of Court**

Date: **03/23/2017**

By: **/s/ J Montgomery, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Fish and Wildlife Service

was received by me on *(date)* 3·23·2017

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons by certified mail, return receipt requested to the U.S. Fish and Wildlife Service, Department of the Interior, 1849 C St., N.W. Room 3331, Washington D.C. 20240-0001.

My fees are $ _____ for travel and $ 8.97 for services, for a total of $ 8.97 0.00

I declare under penalty of perjury that this information is true.

Date: 4·5·2017

Stephanie M Parent
*Server's signature*

STEPHANIE M. PARENT, ATTORNEY
*Printed name and title*

Center for Biological Diversity
POB 11374
Portland, OR 97211-0374
*Server's address*

etc:

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20240 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| | 0008 90 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☑ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.87 |
| Total Postage and Fees | $8.97 |

Postmark Here
03/23/2017

Sent To U.S. Fish + Wildlife Svc Dept of Interior
Street and Apt. No., or PO Box No. 1849 C St. N.W. Room 3331
City, State, ZIP+4® Washington, DC 20240-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Fish and Wildlife Service

was received by me on *(date)* 3.23.2017 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served a copy of the summons by certified mail, return receipt requested to Jeff Sessions, U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001

My fees are $ _____ for travel and $ 8.34 for services, for a total of $ 8.34 .

I declare under penalty of perjury that this information is true.

Date: 4.5.2017

*Server's signature*

STEPHANIE M. PARENT, ATTORNEY
*Printed name and title*

Center for Biological Diversity
POB 11374
Portland, OR 97211-0374
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*

WASHINGTON DC 20230

Certified Mail Fee  $3.35          $2.75        0011
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $0.00
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required           $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.24
Total Postage and Fees  $8.34

Sent To  Jeff Sessions, US AG, US DOJ
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave., N.W.
City, State, ZIP+4  Washington, D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7015 0640 0002 2560 5717

tc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Fish and Wildlife Service

was received by me on *(date)*  3·23·2017 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served a copy of the summons by certified mail, return receipt requested to Civil Process Clerk, Office of the U.S. Attorney, 1000 SW Third Ave., Suite 600, Portland, OR 97204

My fees are $ _____ for travel and $ 8.34 for services, for a total of $ 8.34 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4·5·2017

Stephanie M. Parent
Server's signature

STEPHANIE M. PARENT, ATTORNEY
Printed name and title

Center for Biological Diversity
POB 11374
Portland, OR 97211-0374
Server's address

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

PORTLAND, OR 97204

OFFICIAL USE

| Certified Mail Fee | $3.35 | |
| $ | $2.75 | 0001 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 99 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.24 | |
| $ | | 03/24/2017 |
| Total Postage and Fees | $8.34 | |

MAR 24 2017

Sent To  Civil Process Clerk, Office of the U.S. Attorney
Street and Apt. No., or PO Box No.  1000 SW Third Ave., Suite 600
City, State, ZIP+4®  Portland, OR 97204

PS Form 3800, April 2015

7015 0640 0002 2560 5700

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

9590 9403 0468 5173 1833 66

2. Article Number *(Transfer from service label)*

7015 0640 0002 2560 5717

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
MAR 3 0 2017

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
    ☐)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the U.S. Attorney
1000 SW Third Ave, Suite 600
Portland, OR 97204

9590 9403 0468 5173 1833 80

2. Article Number *(Transfer from service label)*

7015 0640 0002 2560 5700

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                             ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
                                   3 27

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Mail
☐ ____ Mail Restricted Delivery
    ☐)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# USPS Tracking® Results

FAQs ❯ (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70150640000225605908

▶     ▶     ❭   Delivered

**On Time**
**Updated Delivery Day:** Monday, March 27, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

**See tracking for related item:** 9590940304685173183373 (/go/TrackConfirmAction?
tLabels=9590940304685173183373)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 27, 2017, 12:03 pm** | **Delivered, Left with Individual** | **WASHINGTON, DC 20240** |

Your item was delivered to an individual at the address at 12:03 pm on March 27, 2017 in WASHINGTON, DC 20240.

| | | |
|---|---|---|
| March 27, 2017, 8:42 am | Arrived at Unit | WASHINGTON, DC 20018 |
| March 25, 2017, 6:35 am | In Transit to Destination | |
| March 23, 2017, 11:35 pm | Departed USPS Origin Facility | PORTLAND, OR 97208 |

See More ⌄

## Available Actions

| Text Updates | ⌄ |
|---|---|
| Email Updates | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.